# ENTRY ORDER

2023 VT 28

SUPREME COURT DOCKET NO. 23-AP-164

MAY TERM, 2023

| | | |
|---|---|---|
| In re Lisa Wellman-Ally, Esq. (Office of Disciplinary Counsel) | } } } } } } | Original Jurisdiction<br><br>Professional Responsibility Board<br><br>PRB DOCKET NO. 123-2023 |

In the above-entitled cause, the Clerk will enter:

¶ 1.    Respondent Lisa Wellman-Ally is a lawyer licensed to practice in Vermont. Special Disciplinary Counsel and respondent have filed with the Court a stipulation to place respondent on interim suspension status under Administrative Order 9, Rule 22, pending final disposition of matters involving respondent that are currently under investigation by Special Disciplinary Counsel.  Based on the parties' stipulation and the materials filed in support thereof, and pursuant to the provisions of Administrative Order 9, Rule 22(B), the Court hereby orders as follows:

1. Respondent's license to practice law in Vermont is immediately suspended on an interim basis pending a final disposition of the disciplinary proceedings in PRB File No. 2023-123.

2. Respondent shall comply with the notice requirements of Administrative Order 9, Rule 27.

¶ 2.    In the event respondent is disbarred in New Hampshire, respondent "shall promptly inform disciplinary counsel of such action," and upon such notification, "disciplinary counsel shall obtain a certified copy of the disciplinary order and file it with the Board and with the Court." A.O. 9, Rule 24(A), (B).

Respondent's license to practice law is immediately suspended pending final disposition of a disciplinary proceeding in accordance with A.O. 9, Rule 22(B).  Respondent is directed to comply with the notice requirements of A.O. 9, Rule 27.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice

_____
Nancy J. Waples, Associate Justice